| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

KEVIN JAMES KOHUTE,            §
                               §
    Plaintiff,            §
                               §
versus                         §   CIVIL ACTION NO. 1:24-CV-22
                               §
KAITLYN BRAQUET,               §
                               §
    Defendant.           §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Kevin James Kohute, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Kaitlyn Braquet.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On May 1, 2024, the magistrate judge recommended dismissing the action pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim. To date, the parties have not filed objections to the report and recommendation.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#7) is

**ADOPTED**. A final judgment will be entered in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 3rd day of June, 2024.

                                          MARCIA A. CRONE
                                   UNITED STATES DISTRICT JUDGE